COM.

v.

**MCCAFFREY, F.**

**2548 EDA 2016**

Superior Court of Pennsylvania.

09/07/2017

CP–45–CR–0000479–2016

(Monroe)

Affirmed

■

COM.

v.

**HEARD, J.**

**2119 EDA 2015**

Superior Court of Pennsylvania.

9/7/2017

Reargument Denied 11/2/2017

CP–51–CR–0012234–2014

(Philadelphia)

Affirmed/Vacated/Remanded

■

**GORDON, N.**

v.

**ALLEGHENY VALLEY SCHOOL**

**2705 EDA 2016**

Superior Court of Pennsylvania.

09/07/2017

No. 2014–03091

(Montgomery)

Vacated/Remanded